# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| TIMOTHY-ALLEN ALBERTSON, an Iowa resident, | CASE NO.: |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| GOOGLE LLC, a Delaware corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that defendant Google LLC (erroneously sued as "d/b/a You Tube") ("Google"), hereby removes the above-captioned civil action from the Iowa District Court in and for Pottawattamie County, in which the action was pending (as case number LACV123912) (the "State Case"), to the United States District Court for the Southern District of Iowa, Western Division, pursuant to 28 U.S.C. §§ 1331, 1332, 1441(a), and 1446, Federal Rule of Civil Procedure 81, and LR 81. Google will promptly file a notice of removal with the Clerk of the Iowa District Court in and for Pottawattamie County, and serve the notice on *pro se* Plaintiff Timothy-Allen Albertson ("Plaintiff").

## GROUNDS FOR REMOVAL

1. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

2. As set forth below, there are two separate and independent bases for this Court to exercise jurisdiction. First, this Court has original jurisdiction over this action under 28

U.S.C. § 1332, because there is complete diversity between the parties and the amount in controversy exceeds $75,000. Second, this Court also has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claims arise under federal law.

**Venue**

3.  Venue in this District is proper under 28 U.S.C. § 1441 because this District includes the Iowa District Court in and for Pottawattamie County, the forum in which the removed action was pending.

**Timeliness of Removal**

4.  On or around April 12, 2023, Plaintiff filed a Complaint (the "Complaint") in the Iowa District Court for Pottawattamie County, which was assigned case number LACV123912. A true and correct copy of the Complaint is attached hereto as Exhibit A. On April 20, 2023, Plaintiff filed a First Amended Petition for Damages (the "Amended Complaint"). A true and correct copy of the Amended Complaint is attached hereto as Exhibit M.

5.  Google first received a copy of Plaintiff's Complaint, by e- mail, on April 10, 2023, and Google was personally served with Plaintiff's Complaint on April 17, 2023.

6.  Thirty days have not yet elapsed from Google's receipt of the Complaint. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

7.  Google has not entered an appearance or otherwise participated in the State Case.

**Diversity Jurisdiction**

8.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship among the parties.

9. Plaintiff alleges in his Amended Complaint that he is a resident of the state of Iowa. Exhibit M ¶ 1. Plaintiff is therefore a citizen of Iowa.

10. Google is a limited liability corporation incorporated in Delaware with its principal place of business in California. Exhibit M ¶ 2. Google is not a citizen of Iowa.

11. The matter in controversy in this action is greater than $75,000, exclusive of interest and costs.

12. Without conceding that there is any merit to Plaintiff's claims or allegations, the Amended Complaint asserts that Plaintiff has "sustained anguish of mind, humiliation, mortification, great pain and suffering of mind and body and other personal injury." Exhibit M ¶ 29. The Amended Complaint asserts that "Plaintiff has been required to, and will be further required, to seek and obtain medical treatment" and that "The Centers for Medicare and Medicaid Services" and the "Iowa Department of Health and Human Services, Iowa Medicaid-Amerigroup" have "a lien on, and has a right to intervene in this Action at Law, and may recover any medical costs paid for by Medicaid." *Id.* ¶¶ 30-32.

13. Based on substantially the same allegations, Plaintiff sought in his original Complaint (1) $100,000 in "General damages"; (2) up to $10,000 in "Special damages for medical expenses"; (3) $300,000 in "Punitive and exemplary damages"; (4) "Costs of suit"; and (5) "Such other relief as just and proper." Exhibit A ¶ 29. In his Amended Complaint, Plaintiff now omits the dollar amounts he originally pleaded, citing Iowa Code § 619.18, which provides that "[i]n an action for personal injury or wrongful death, the amount of money damages demanded shall not be stated in the petition, original notice, or any counterclaim or cross-petition." But the Amended Complaint again seeks "General damages" (or "nominal damages"), "Special damages for medical expenses," "Punitive and exemplary damages," and

"Costs of Suit," as well as "Interest at the legal rate on all compensatory damages" and "Such other, further and different relief as may be just and proper." Exhibit M ¶ 33.

14. From these allegations, it is plausible that the amount in controversy in this action exceeds $75,000. 28 U.S.C. § 1446(a); *accord Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 554 (2014).

15. For these reasons, this action is removable from the state court to this Court pursuant to 28 U.S.C. § 1441 on the basis of diversity jurisdiction.

**Federal Question Jurisdiction**

16. Plaintiff's Amended Complaint, like his original Complaint, asserts two causes of action: (1) "Abridging the Freedom of Speech By A State Actor in Violation of the First Amendment of the Constitution of the United States"; and (2) "Abridging the right of the people peaceably to assemble, and to petition the Government for a redress of grievances By A State Actor in Violation of the First Amendment of the Constitution of the United States." Exhibit M at 1; *see* Exhibit A at 1.

17. As Plaintiff's claims both assert violations of "the First Amendment of the Constitution of the United States", this Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331. *See* Exhibit M ¶ 5 ("[T]his action is solely based on the First Amendment of the Constitution of of [sic] the United States.").

18. For these reasons, this action is independently removable from the state court to this Court pursuant to 28 U.S.C. § 1441 on the basis of federal question jurisdiction.

**PLEADINGS FILED IN THE STATE CASE**

19. Pursuant to LR 81(a)(1), as of the date of this Notice of Removal, the following process, pleadings and/or orders have been filed in the state case:

      a.      Complaint, attached as Exhibit A;

      b.      Application to Defer Filing Fees, attached as Exhibit B;

      c.      Order Deferring Costs, attached as Exhibit C;

      d.      Jury Demand, attached as Exhibit D;

      e.      Notice of Demand for Preservation of Writings, attached as Exhibit E;

      f.      Notice That Plaintiff Pro Se will Only Communicate With an Attorney Licensed to Practice Law Before the Courts of the State of Iowa, attached as Exhibit F;

      g.      Civil Original Notice, attached as Exhibit G;

      h.      Order For Individual Case Assignment, attached as Exhibit H;

      i.      Notice of Demand That Defendant Cease Shadow Banning of Plaintiff and Intent to Move to File Supplemental Petition Pursuant to Iowa Rules of Civil Procedure Rule 1.414, attached as Exhibit I;

      j.      Notice of Discovery Request, attached as Exhibit J;

      k.      Return of Original Notice, attached as Exhibit K;

      l.      Notice of Noncompliance: Registration Required, attached as Exhibit L;

      m.      Amended Complaint, attached as Exhibit M; and

      n.      Return of Original Notice, attached as Exhibit N.

Pursuant to LR 81(a)(2), as of the date of this Notice or Removal, there are no motions pending in the state court action that will require resolution by the Court.

**COUNSEL APPEARING IN STATE COURT**

20.     Pursuant to LR 81(a)(3), as of the filing of this Notice of Removal no counsel has appeared in the state court. Plaintiff has appeared *pro se*.

**CONCLUSION**

21. Google reserves the right to file additional support for this Notice of Removal by way of declarations, deposition testimony, expert testimony, discovery responses, supplemental memoranda, and/or legal argument.

22. Google reserves all defenses it may have against Plaintiff's claims, including that the Complaint fails to state a claim upon which relief can be granted, that the Amended Complaint fails to state a claim and that the relief Plaintiff seeks violates Google's rights under the First Amendment, and all objections that Google may have to service, jurisdiction, or venue.

23. Contemporaneously with the filing of this Notice of Removal, written notice has been served upon Plaintiff, and a copy of this Notice of Removal has been filed with the Clerk of the Iowa District Court in and for Pottawattamie County as required by 28 U.S.C. § 1446(d).

WHEREFORE, Google hereby gives notice of the removal to this Court of the action pending in the Iowa District Court in and for Pottawattamie County under the caption *Timothy-Allen Albertson vs. Google LLC D/B/A You Tube*, Case No. LACV123912.

Dated: May 8, 2023

By: /s/ Stephen J. Holtman
Stephen J. Holtman    AT0003594
Jacob W. Nelson    AT0010431
SIMMONS PERRINE MOYER BERGMAN PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone: (319) 366-1917
Email: sholtman@spmblaw.com
         jnelson@spmblaw.com
*Attorneys for Defendant Google LLC*