# EXHIBIT A

**IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY**

| | |
|---|---|
| [    **TIMOTHY-ALLEN ALBERTSON,**<br>         Plaintiff,<br><br>         -vs.-<br><br>    **GOOGLE LLC d/b/a YOU TUBE**, a<br>    Delaware Limited Liability Company;<br><br>         Defendant. | LAW Case No.04781<br>            LACV123912<br><br><br>**ORIGINAL PETITION FOR**<br>**DAMAGES** |

**ONE—-Abridging the Freedom of Speech By A State Actor in Violation of the First Amendment of the Constitution of the United States.**

**TWO—-Abridging the Right of the People Peaceably to Assemble and to Petition the Government for a Redress of Grievances By A State Actor in Violation of the First Amendment of the Constitution of the United States.**

   **01.**   Plaintiff, **TIMOTHY-ALLEN ALBERTSON**, (hereinafter "**Plaintiff**"), is, and was at all times relevant hereunto, a home-bound senior citizen with disabilities and a resident of the City of Council Bluffs, County of Pottawatomie, State of Iowa. **Plaintiff** spends much of his time online which, *inter alia*, he and his physician considers necessary to keep his cognitive skills intact.

   **02.**   Defendant, **GOOGLE LLC d/b/a YOU TUBE**, a Delaware Limited Liability Company, (hereinafter "**Defendant**'), is, and was at all times relevant hereunto, a Limited Liability Company organized under the laws of the State of Delaware, with its principal office in the State of California, and registered to do, and doing, business in the State of Iowa.

   **03.**   The Courts of the State of Iowa has *in personam*
/////

jurisdiction over **Defendant** because it has sufficient minimal contacts with the State of Iowa such as, *inter* alia, multi-million dollar data centers in the City of Council Bluffs, County of

 **04.** The County of Pottawatomie is the proper county for trial of this action because of the major places of business of **Defendant** as alleged in paragraph **03** hereof, and injury to the rights of **Plaintiff** occurred in this county.

 **05.** Section 230 of the Communications Decency Act of 1996, [42 U.S.C. §230], does not apply to, or bar, this action because this action is solely based on the Free Speech Clause and the Free Association and Petition Clause of the First Amendment of the Constitution of of the United States, and said Section 230 is preempted by the Supremacy Clause of Article VI, Clause 2, of the Constitution of the United States.

 **06.** **Defendant** maintains and operates, and has at all times relevant hereunto maintained and operated, an online social media platform known as **You Tube** that constitutes an open public market place for expression such as, *inter* alia, via video, audio and written comments.

 **07.** **Defendant** further encourages and allows federal, state and local government executive, legislative and judicial entities and officers to establish and maintain **You Tube Channels** by which those government entities and officers can communicate with the public and by which public can express opinions to, and seek action from, such government entities and officers.

 **08.** **Defendant** also allows persons and groups to establish and maintain **You Tube Channels** by which those persons and groups peacefully assemble and associate for purposes of expressing

**ORIGINAL PETITION FOR DAMAGES–Page Two (2) of Twelve (12) Pages**

opinions on public issues and seek action from various federal, state and local government executive, legislative and judicial entities and officers such as, *inter alia*, encouraging communications to such entities and officers and the execution of on-line petitions.

    **09.**    **Plaintiff** and **Defendant** have, at the City of Council Bluffs, County of Pottawatomie, State of Iowa, entered into a written agreement whereby Plaintiff subscribed and continues to subscribe, for a monthly fee, to **Premium You Tube**.

    **10.**    **Plaintiff** has, because of the herein alleged malicious, discriminatory, unconstitutional acts and conduct of **Defendant**, had more than one **Premium You Tube** or **You Tube** account, know as a **You Tube Channel**.  The current name of the **You Tube Channel** of **Plaintiff** is **MISTER W1066xx @MisterW1066xx**.

    **11.**    That the terms of service, community standards and other provisions the agreement alleged in paragraph **09**, or of any other agreement, expressed or implied, for the use by **Plaintiff** of **You Tube**, particularly of **Premium You Tube**, are adhesionary and unenforceable as **Plaintiff** was given the same in a take it, or leave it, offer without any opportunity for **Plaintiff** to negotiate or bargain with **Defendant** over terms and conditions.

    **12.**    That the terms of service, community standards and other provisions the agreement alleged in paragraph **09**, or of any other agreement, expressed or implied, for the use by **Plaintiff** of **You Tube**, particularly of **Premium You Tube**, are, insofar as they pertain to his rights under the Free Speech Clause and the Free Association and Petition Clause of the of the First Amendment to the

/////
  **ORIGINAL PETITION FOR DAMAGES-Page Three (3) of Twelve (12) Pages**

Constitution of the United States, are unenforceable and void as against public policy.

13.  **Defendant**, despite being one of, if not, the largest provider of email services, has a policy and practice of refusing to communicate with its customers, such as **Plaintiff** in particular, via direct email. **Defendant** rather requires **Plaintiff** and its other customers to contact it via a cookie-cutter contact form system which appears to have an eerie resemblance to common-law writ pleading. **Defendant**, even though there is software used by other online portals who use contact forms that make such process much easier, such contact form system requires a user to copy and paste, or take a screenshot, and the upload it, to save that data. Email is directly saved in the email service provider's cloud.

14.  **Defendant** has a policy and/or practice of refusing to answer most contact forms sent to it. In particular, **Defendant** has always, despite his requests therefore, refused to advise **Plaintiff** of his comments which it censored and/or upon which it sanctioned him.

15.  Should one find a email address for it, **Defendant** has a policy and/or practice of refusing to answer any emails sent to it, or its officers, employees or agents except for form emails often from no-reply email accounts.

16.  **Plaintiff** has attempted due diligence to resolve his issues with **Defendant. Defendant** has, except as alleged in paragraph **24**, has refused to communicate with **Plaintiff.**

17. **Plaintiff** is a very opinionated and curmudgeonly old man with most, but not all, views on the right of the political spectrum which are anathema to those on the left of the political spectrum.

**ORIGINAL PETITION FOR DAMAGES–Page Four (4) of Twelve (12) Pages**

**Plaintiff**, in particular, has serious legal and political issues with the **LGBTQIA+** Identity Group particularly with **male homosexuals** and **Transgender Persons** who he often describes as the **KU KLUX TRANS**, such as, *inter alia*, the following

    **(a)** his belief, which he shares with The Honorable Clarence Thomas, Senior Associate Justice of the Supreme Court of the United States, as expressed in his concurring opinion in ***Dobbs v. Jackson Women's Health Organization*** found at pp. 119-123 of the following link the content of which is found at said link is incorporated herein by reference as if the same were set out fully at length: https://www.supremecourt.gov/opinions/21pdf/19-1392_6j37.pdf that the court should reconsider the substantive due process basis for the decisions in ***Lawrence v. Texas***, 539 U. S. 558 (2003) and ***Obergefell v. Hodges***, 576 U. S. 644 (2015);

    **(b)** his belief that the the 10th Amendment to the Constitution of the United States reserves the power to redefine marriage, other than as being a man a woman as existed at the time the 10th Amendment was ratified, to the People of the States and their Elected Representatives;

    **(c)** his belief that a ***sine qua non*** of male homosexuality and Transgenderism is misogyny and/or inability to control the male libido;

    **(d)** his opposition to same-sex marriage for males and his support of same-sex marriage for women;

    **(e)** his firm very personal opposition to the housing of

biological male prisoners, particularly those with functioning male genitalia, who **identify** as women in women's correctional facilities which has resulted, and will continue to result, in the rape and terrorizing of Lesbians and Other Women prisoners;

**(f)** his opposition to the use by biological males who **identify** as women of female only safe spaces such as, *inter alia*, female only restrooms and changing rooms;

**(g)** his opposition to the participation by biologically superior males in female athletics and sports;

**(f)** his opposition to what he believes are efforts by the LGBTQIA+ Identity Group to suppress expression of opinions and facts which it members find offensive and to exclude from the public market place of ideas persons of faith who do not agree with its agenda such as, **inter alia**, refusal to use "preferred pronouns";

**(g)** his opposition to acts and conduct of the LGBTQIA+ Identity Group, particularly of the Transgender Persons, and their allies, that he believes constitute terrorism such as, *inter alia*, the mass shooting by a trans female, who **identified** as a man, on **27 March 2023** at a Christian Parochial School in Nashville, Tennessee;

**(h)** his opposition to acts and conduct of the **LGBTQIA+ Identity Group**, particularly of **Transgender Persons**, and their allies, that he believes constitute insurrection such as, *inter alia,* recent occupations and violence at state capitols of

**(i)** his strong support of legislation which the **LGBTQIA+**

/////

identity group, and particularly **Transgender Persons**, oppose; and

    **(j)** his strong assertions that the incumbent President of the United States, whom he often calls **PEDO POTUS** or **MINOR ATTRACTED PERVERT POTUS**, is a pedophile because such as, *inter alia,* of his repeated inappropriate touching of prepubescent girls at the White House.

    18. **Plaintiff** is, and was all times relevant hereunto, on-line and else-wise, a person with an acerbic and caustic style and wit in expressing his opinions such as, *inter alia*, political issues that constitute core speech protected by the Free Speech Clause and the Free Association and Petition Clause of the First Amendment to the Constitution of the United States. **Plaintiff** has often been described as a **Troll**. While he takes great pride in that description, **Plaintiff** thinks of himself as a **Counter Troll**.

    19. **Defendant** is, and was at all times relevant hereunto, a **State Actor** as it has become so intertwined with the Executive Branch of the United States such as, *inter alia*, allowing the Executive Branch of the United States to censor and suppress speech such as, *inter alia*, beliefs and opinions held by **Plaintiff** as described in paragraph **17** hereof which constitute speech, as protected by the Free Speech Clause and the Free Association and Petition Clause of the First Amendment to the Constitution of the United States. This intertwinement with the Executive Branch of the United States has resulted in multiple investigations by the Congress of the United States including, but not limited to the

//////
//////

**ORIGINAL PETITION FOR DAMAGES–Page Seven (7) of Twelve (12) Pages**

Committee on the Judiciary of the United States House of Representatives such as, but not limited to, expressed in letters to the CEO of **Defendant** under signature of the Chairman of said Committee on the Judiciary found at the following links the content of which is is incorporated herein by reference as if the same were set out fully at length:

https://judiciary.house.gov/sites/evo-subsites/judiciary.house.gov/files/evo-media-document/2022-12-14-jdj-to-alphabet-re-censorship-investigation.pdf

https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/2023-02-15-jdj-to-pichai-alphabet.pdf

20.  **Defendant** therefore is, and was at all times relevant hereunto, a State Actor for purposes of the First Amendment and is thereby liable to respond with damages for violations of the Free Speech Clause and the Free Association and Petition Clause thereof. **Defendant** is, and was at all times relevant, a major part, and prime leader, of the **The Censorship Industrial Complex** as described in the testimony on **09 March 2023** by Michael Shellenberger to the The House Select Committee on the Weaponization of the Federal Government found at the following link the content of which is found is incorporated herein by reference as if the same were set out fully at length:

https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/shellenberger-testimony.pdf

21.  **Defendant** has an arbitrary and discriminatory policy and practice, in clear and open disregard and violation of, and with a despicable animus towards, the Free Speech Clause and the Free Association and Petition Clause of the of the First Amendment to the
/////

Constitution of the United States, of censoring and suppressing core speech which it pre-textually classes as hate speech or otherwise offensive to those holding viewpoints it favors such as, *inter alia*, **LGBTQIA+** Identity Group and its allies, despite the same core speech being, due the **State Actor** status of **Defendant,** protected by the Free Speech Clause and the Free Association and Petition Clause of of the First Amendment to the Constitution of the United States.

**22.** **Defendant** enforces, at the instruction of the Executive Branch, such policy in a fashion and manner which constitutes viewpoint discriminates against persons with views on the right of the political spectrum such as, *inter alia*, and in favor of persons with views on the left of the political spectrum.

**23.** **Defendant** committed the herein alleged acts and conduct with the actual malicious intent to injure **Plaintiff** for reasons such as, *inter alia,* an animus towards, and hatred for, **Plaintiff** due to his herein alleged political and cultural expressions that constitute core speech protected by the Free Speech Clause of the First Amendment of the Constitution of the United States. **Defendant** further committed the herein alleged acts and conduct with the intent to injure persons who express political and other viewpoints with which **Defendant** disagrees. **Defendant** authorized. directed, ratified and approved of each and every of the herein alleges acts and conduct of its officers, directors, employees and agents.

**24.** **Defendant** has, on more than one occasion within the past year, in furtherance of a discriminatory application of its policies such as, *inter alia*, against **hate speech**, and in concert and participation with and for the Executive Branch of the United

**ORIGINAL PETITION FOR DAMAGES–Page Nine (9) of Twelve (12) Pages**

States, acted to censor and suppress speech by **Plaintiff** on subjects that concern core speech including, not limited to, those mentioned in paragraph **17** hereof, by removal of written comments made by **Plaintiff** on **You Tube** and has temporarily prevented **Plaintiff** from posting written comments on **You Tube** in violation of the Free Speech Clause of the Constitution of the United States . This included one instance where his **You Tube** was removed but reinstated within twenty-four (24)hours. Notwithstanding that admission of error by it, **Defendant** took several days in which to restore the ability of **Plaintiff** to access his **Premium You Tube** service on his Linux Operating-System Desktop.

25.  **Plaintiff** has a good faith belief that **Defendant**, on at least one, if not more, occasions within the past year, in furtherance of an arbitrary and discriminatory application of its policies such as, *inter alia*, against **hate speech**, and in concert and participation with and for the Executive Branch of the United States, acted to censor and suppress comments made by Plaintiff which were protected by the Free Speech Clause of the Constitution of the United States on subjects that concern core speech including, not limited to, those mentioned in paragraph **17** hereof, by engaging in what is known as **shadow banning. Shawdow banning**, also known as **stealth banning, hellbanning, ghost banning,** and **comment ghosting**, is the practice of blocking or partially blocking a user or the user's content from some areas of an online community in such a way that the ban is not readily apparent to the user, regardless of whether the action is taken by an individual or an algorithm such as, *inter alia*, by posting his comments in a way which not be
/////

visible to other **You Tube** users including visibility measures like **delisting** and **downranking**. **Defendant** engaged in **shadow banning** of **Plaintiff** in the hope that in the absence of reactions to his comments, that **Plaintiff**, who **Defendant** considered to be a **troll**, problematic user, or otherwise out-of-favour user, would become bored, discouraged from continuing to post disfavored comments or frustrated and leave his **You Tube Channel**, or create another **You Tube Channel**

26. As a direct and proximate result thereof, **Plaintiff** has sustained violation of his rights protected by the Free Speech Clause and the Free Association and Petition Clause of of the First Amendment to the Constitution of the United States and other damage and injury, all to his general damage in an amount to be reduced to proof herein.

27. As a further direct and proximate thereof, **Plaintiff** has sustained anguish of mind, humiliation, mortification, great pain and suffering of mind and body and other personal injury, all to his general damage in an amount to be reduced to proof herein.

28. As a further direct and proximate thereof, **Plaintiff** has been required to, and will be further required, to seek and obtain medical treatment for which **Medicare Parts A**, **B and D** and Iowa **Medicaid-Amerigroup** have paid, and will pay, therefore, and a minor of which he has paid, and will pay, therefore, all to his special damage in an amount to be reduced to proof herein.

29. **Medicare** and **Iowa Medicaid-Amerigroup** have a lien for recovery of any medical costs for which they paid.
//////
//////
//////

WHEREFORE, **Plaintiff** prays for Judgment against **Defendant** for:

**01.** General damages in the amount of **$100,000.00**;

**02.** Special damages for medical expenses in an amount to be reduced to proof herein but not to exceed **$10,000.00**;

**03.** Punitive and exemplary damages in the amount of **$300,000.00**;

**04.** Costs of suit; and

**05.** Such other relief as just and proper.

DATED: **12 April 2023**

　　　　　　　　　　　　/s/TIMOTHY-ALLEN ALBERTSON
　　　　　　　　　　　　**TIMOTHY-ALLEN ALBERTSON**
　　　　　　　　　　　　3201 Renner Drive, Apartment No. E03
　　　　　　　　　　　　Council Bluffs, Iowa　　51501-7983
　　　　　　　　　　　　(712) 396-9842
　　　　　　　　　　　　timothyallen.albertson@pm.me

　　　　　　　　　　　　**Plaintiff** *Pro Se*